UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

In Re:

Lee C. Moore

Case No. 26-02583-5-JNC

Debtor(s).
__________________________________/

**DEBTOR'S RESPONSE TO EXETER FINANCE, LLC'S MOTION FOR STAY RELIEF**

COMES NOW Debtor, Lee C. Moore, by and through his undersigned attorneys and respectfully submits his Response to Creditor Exeter Finance, LLC's Motion for Stay Relief as follows:

1. Creditor's Motion correctly indicates that Debtor has a vehicle loan with Creditor for his 2021 Nissan Altima vehicle.
2. Creditor's motion asserts that Debtor is behind in his direct post-petition payments on the loan. Debtor acknowledges that he has temporarily fallen behind in the post-petition payments, but is now in a position to cure the post-petition arrearage within a reasonable period of time.
3. As a result of the above, no basis currently exists for the granting of stay relief or adequate protection at this time.

WHEREFORE, the Debtor respectfully requests that Creditor's motion be denied.

Dated: September 24, 2026

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon Eudora V.S. Arthur, Attorney for Movant, Womble Bond Dickinson (US) LLP.,555 Fayetteville Street, Suite 1100, Raleigh, NC 27601 and Troy Staley, Chapter 13 Trustee by electronic and/or regular U.S. mail this 24th day of September 2026.

FELDEN and FELDEN, P.A.
Attorney for the Debtor
PO Box 1399
Jacksonville, North Carolina 28541
(910) 777-5464
(888) 808-9991 fax

/s/ Christian B. Felden
Christian B. Felden, Esquire
NC State Bar No. 37438